1  DENNIS R. MURPHY, SBN 051215
   JOHN E. FISCHER, SBN 065792
2  AARON B. SILVA, SBN 245483
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
3  304 "S" Street (95811-6906)
   Post Office Box 1319
4  Sacramento, California  95812-1319
   Telephone:      (916) 446-2300
5  Facsimile:      (916) 503-4000
   Email:        dmurphy@murphyaustin.com
6  Email:        jfischer@murphyaustin.com
   Email:        asilva@murphyaustin.com
7
   Attorneys for Defendant
8  MARTHA E. CHEVREAUX, as Trustee for the
   Chevreaux Family Revocable Trust of 1973 and
9  Martha E. Chevreaux Revocable Trust of 2004

10

                UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12

13

14  PENSION TRUST FUND FOR          Case No.  CV 11 3285
    OPERATING ENGINEERS; F.G.
    CROSTHWAITE and RUSSELL E.      **JOINT REQUEST TO APPEAR BY**
15  BURNS, as Trustees,             **PHONE AT CASE MANAGEMENT**
                                    **CONFERENCE**
16                Plaintiff,
                                    **Assigned to:**
17         v.                       **Magistrate Judge Laurel Beeler**

18  CHEVREAUX AGGREGATES, INC., a
    California corporation, CHEVREAUX
19  CONCRETE, INC., a California      Date:      MAY 24, 2012
    corporation, MARTHA E. CHEVREAUX,
20  as Trustee for the Chevreaux Family  Time:      10:30 a.m.
    Revocable Trust of 1973 and Martha E.
21  Chevreaux Revocable Trust of 2004, and  Judge:     The Honorable Laurel Beeler
    DOES 1-20,
22
                  Defendants.
23

24

          Counsel for Plaintiff and Defendant jointly request that they be permitted to appear
25
    telephonically at the Case Management Conference scheduled for May 24, 2012, at 10:30 a.m. in
26
    this matter.  The telephone number for Shaamini Babu, counsel for Plaintiff, is (415) 321-2406.
27
    The telephone number for John Fischer, counsel for Defendant, is (916) 329-3038.  Counsel have
28
                                    - 1 -                          3700.003-1272407.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

also agreed that this request may be submitted on behalf of both of them by counsel for the

Defendant.

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
DENNIS R. MURPHY
JOHN E. FISCHER
AARON B. SILVA
Attorneys for Defendant
MARTHA E. CHEVREAUX, as Trustee for the
Chevreaux Family Revocable Trust of 1973 and
Martha E. Chevreaux Revocable Trust of 2004

ORDER

    Based on the foregoing, permission is granted for counsel for Plaintiff and Defendant to appear telephonically at the Case Management Conference on May 24, 2012, at 10:30 a.m. in this matter. The court will initiate the telephone call to Ms. Babu and Mr. Fischer before their case is called at or after 10:30 a.m.

IT IS SO ORDERED.

Date: May 23, 2012

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

3700.003-1272407.1

JOINT REQUEST TO APPEAR BY PHONE AT CASE MANAGEMENT CONFERENCE

ASSIGNED  CV 11 3285