1  DENNIS R. MURPHY, SBN 051215
   JOHN E. FISCHER, SBN 065792
2  AARON B. SILVA, SBN 245483
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
3  304 "S" Street (95811-6906)
   Post Office Box 1319
4  Sacramento, California  95812-1319
   Telephone:     (916) 446-2300
5  Facsimile:     (916) 503-4000
   Email:         dmurphy@murphyaustin.com
6  Email:         jfischer@murphyaustin.com
   Email:         asilva@murphyaustin.com
7
   Attorneys for Defendant
8  MARTHA E. CHEVREAUX, as Trustee for the
   Chevreaux Family Revocable Trust of 1973 and
9  Martha E. Chevreaux Revocable Trust of 2004

10
                  UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12

13
   PENSION TRUST FUND FOR                        Case No.  CV 11 3285
14 OPERATING ENGINEERS; F.G.
   CROSTHWAITE and RUSSELL E.                    **JOINT REQUEST TO APPEAR BY
15 BURNS, as Trustees,                           PHONE AT CASE MANAGEMENT
                                                 CONFERENCE**
16            Plaintiff,
                                                 Assigned to:
17      v.                                       Magistrate Judge Laurel Beeler

18 CHEVREAUX AGGREGATES, INC., a
   California corporation, CHEVREAUX
19 CONCRETE, INC., a California                  Date:     MAY 24, 2012
   corporation, MARTHA E. CHEVREAUX,
20 as Trustee for the Chevreaux Family           Time:     10:30 a.m.
   Revocable Trust of 1973 and Martha E.
21 Chevreaux Revocable Trust of 2004, and        Judge:    The Honorable Laurel Beeler
   DOES 1-20,
22
              Defendants.
23

24
        Counsel for Plaintiff and Defendant jointly request that they be permitted to appear
25
   telephonically at the Case Management Conference scheduled for May 24, 2012, at 10:30 a.m. in
26
   this matter.  The telephone number for Shaamini Babu, counsel for Plaintiff, is (415) 321-2406.
27
   The telephone number for John Fischer, counsel for Defendant, is (916) 329-3038.  Counsel have
28
                                         - 1 -                        3700.003-1272407.1

also agreed that this request may be submitted on behalf of both of them by counsel for the Defendant.

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
DENNIS R. MURPHY
JOHN E. FISCHER
AARON B. SILVA
Attorneys for Defendant
MARTHA E. CHEVREAUX, as Trustee for the
Chevreaux Family Revocable Trust of 1973 and
Martha E. Chevreaux Revocable Trust of 2004

ORDER

    Based on the foregoing, permission is granted for counsel for Plaintiff and Defendant to appear telephonically at the Case Management Conference on May 24, 2012, at 10:30 a.m. in this matter.

**The court will initiate the telephone call to Ms. Babu and Mr. Fischer before their case is called at or after 10:30 a.m.**

IT IS SO ORDERED.

Date: May 23, 2012

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE