RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVREAUX AGGREGATES, INC., et al.,<br><br>Defendants. | Case No.: CV 11-3285 LB<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER THEREON**<br><br>Date:   August 2, 2012<br>Time:   10:30 a.m.<br>Ctrm:   4, 3rd Floor<br>Judge:  The Honorable Laurel Beeler |

Pursuant to this Court's Minute Order dated May 24, 2012, Plaintiffs and Defendant Martha E. Chevreaux, as Trustee for the Chevreaux Family Revocable Trust of 1973 and Martha E. Chevreaux Revocable Trust of 2004 (referred to herein collectively as "Defendants Chevreaux Trusts") hereby submit this Joint Case Management Statement and Request to Appear Telephonically at the Case Management Conference ("CMC") on August 2, 2012.

1.  Since the time the CMC was held on May 24, 2012, Defendants Chevreaux Trusts have provided additional documents to Plaintiffs that are revlvant to the determination of whether Defendants Chevreaux Trusts are members of the same control group as Defendant Chevreaux Aggregates, Inc., and the scope of the assets held by Defendants. Defendants intend to produce additional documents prior to the CMC on August 2, 2012.

2.  Plaintiffs and Defendant Martha E. Chevreaux Revocable Trust of 2004 anticipate entering into a stipulated judgment upon completing review of additional documents.

3. Plaintiffs anticipate dismissing Chevreaux Family Revocable Trust of 1973 from this action upon completing review of additional documents.

4. Default was entered against Defendants Chevreaux Aggregates, Inc. and Chevreaux Concrete, Inc. on August 10, 2011. Docket No. 14. Plaintiffs anticipate filing a motion for default judgment against Defendants Chevreaux Aggregates, Inc. and Chevreaux Concrete, Inc. upon completing review of additional documents.

5. Counsel for Plaintiffs and Defendants Chevreaux Trusts intend to appear at the CMC calendared for August 2, 2012. In an effort to minimize attorneys' fees counsel for the parties respectfully request to appear telephonically. The telephone number for Shaamini Babu, Plaintiffs' counsel, is 415-321-2406. The telephone number for Dennis Murphy, Defendants Chevreaux Trusts, is 916-329-3072.

Dated: July 26, 2012         SALTZMAN & JOHNSON LAW CORPORATION

                             By:   /s/
                                   Shaamini A. Babu
                                   Attorneys for Plaintiffs

Dated: Jul 26, 2012          MURPHY AUSTIN ADAMS SCHOENFELD

                             By:   /s/
                                   Dennis R. Murphy
                                   Attorney for Defendant Martha E. Chevreaux, as Trustee for the Chevreaux Family Revocable Trust of 1973 and Martha E. Chevreaux Revocable Trust of 2004

## ORDER

BASED ON THE FOREGOING and GOOD CAUSE APPEARING, counsel for the parties are permitted to appear by phone for the Case Management Conference on August 2, 2012, at 10:30 a.m. The Court will initiate the call to Ms. Babu and Mr. Murphy before their case is called at or after 10:30 a.m.

IT IS SO ORDERED.

Date: July 30, 2012          _____
                             THE HONORABLE LAUREL BEELER
                             UNITED STATES DISTRICT COURT JUDGE