IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVREAUX AGGREGATES,<br><br>　　　　Defendant. | No. C 11-03285 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING DEFAULT JUDGMENT** |

　　　The Court has reviewed Magistrate Judge Beeler's Report and Recommendation regarding Plaintiffs' Motion for Default Judgment. See dkt. 46.[1] The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court enters default judgment against Defendants CAI and CCA in the amount of $1,184,169.00 in withdrawal liability, $271,547.91 in interest, $236,833.80 in liquidated damages, $35,603.50 in attorneys' fees, and $1,998.81 in costs.

　　　**IT IS SO ORDERED.**

Dated: December 6, 2012

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] No objection to the Report has been filed.

G:\CRBALL\2011\3285\order re report and rec.wpd