IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENSION TRUST FUND,

    Plaintiff,

v.

CHEVREAUX AGGREGATES,

    Defendant.

No. C 11-03285 CRB

**ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation regarding Plaintiffs' Motion for Default Judgment. <u>See</u> dkt. 46.[1] The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court enters default judgment against Defendants CAI and CCA in the amount of $1,184,169.00 in withdrawal liability, $271,547.91 in interest, $236,833.80 in liquidated damages, $35,603.50 in attorneys' fees, and $1,998.81 in costs.

**IT IS SO ORDERED.**

Dated: December 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] No objection to the Report has been filed.

G:\CRBALL\2011\3285\order re report and rec.wpd